Steven Moore
5744 Jefferson Street
Philadelphia, Pennsylvania 19131

US BKPT CT PA PHILADEL
900 Market Street, Suite 400
Philadelphia, PA 19107

02/18/2021

To Whom It May Concern:

I have a public record from your court appearing on my credit report. I've disputed the item with the credit bureaus Experian, Equifax and TransUnion - all of which confirmed that the public record was verified by you. Please provide the procedure in which you verify public records with the credit bureaus.

Sincerely,

*Steven Moore*

Steven Moore
10/27/1980
4772

2/8/2021     Credit Report - IdentityIQ

## Public Information

↑ Back to Top

Below is an overview of your public records and can include details of bankruptcy filings, court records, tax liens and other monetary judgments. Public records typically remain on your Credit Report for 7 – 10 years.

### Bankruptcy

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Type: | Chapter 13 Bankruptcy | Chapter 13 Bankruptcy | Chapter 13 Bankruptcy |
| Status: | Dismissed | Dismissed | Dismissed |
| Date Filed/Reported: | 10/13/2014 | 10/13/2014 | 10/01/2014 |
| Reference#: | 1418197 | 1418197ELF | 1418197-DSP-08/15-VER-09/19 |
| Closing Date: | 08/18/2015 | 08/18/2015 | - |
| Asset Amount: | $0.00 | $0.00 | $0.00 |
| Court: | U.S. Bankruptcy Court | US BKPT CT PA PHILADEL | Federal |
| Liability: | $0.00 | $0.00 | $0.00 |
| Exempt Amount: | $0.00 | $0.00 | $0.00 |
| Remarks: | - | - | - |

## Creditor Contacts

↑ Back to Top

The names of people and/or organizations who have obtained a copy of your credit report are listed below.

| Creditor Name | Address | Phone Number |
|---|---|---|
| 700CR/CHAPMAN FORD SALES | 9371 ROOSEVELT BLV<br>PHILADELPHIA, PA 19114 | (215) 698-7000 |
| ACCOUNT RESOLUTION SERVI | 1643 NW 136TH AVE BUILDING H SUITE 100<br>SUNRISE, FL 33323 | (954) 321-5957 |
| DIVERSIFIED CONSULTNTS | P O BOX 551268<br>JACKSONVILLE, FL 32255 | (800) 771-5361 |
| DISCOVER FINANCIAL SERVI | POB 15316<br>WILMINGTON, DE 19850 | (800) 347-2683 |
| PHILA FED CRDT UNION | 12800 WEST TOWNSEND<br>PHILADELPHIA, PA 19154 | (215) 934-3500 |
| POLICE & FIRE FCU | 901 ARCH STREET<br>PHILADELPHIA, PA 19107 | (215) 931-0300 |